

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00478-CV

_____

SADDLE CREEK CORPORATION, Appellant

V.

SONDER HOSPITALITY USA, INC., SONDER USA, INC., AND
SONDER HOLDINGS, INC., Appellees

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-367105-25

Before Sudderth, C.J.; Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's unopposed motion to dismiss its interlocutory appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 16, 2025